IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80409-CIV-CANNON

JAMIE A. BEALE,

    Plaintiff,

v.

WELLTOWER, INC.

    Defendant.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, JAMIE A. BEALE, by and through her undersigned counsel hereby files Plaintiff's Statement of Claim pursuant to the Court's Order dated March 10, 2021 [DE 6] and states as follows:

    ***a. An initial estimate of the total amount of alleged unpaid wages;***

Plaintiff seeks damages under the Equal Pay Act 29 U.S.C. §215 ["EPA"] as well as state and federal anti-discrimination laws including the Florida Civil Rights Act, Fla. Stat §760.10, The Civil Rights Act of 1964, Title VII, 42 U.S.C. 2000e, and 42 U.S.C. §1981 ["1981"]. Plaintiff sets forth claims in the Amended Complaint under the EPA and 1981 and advises that additional claims will be added once those claims complete the administrative process.

Plaintiff seeks damages under the EPA for pay disparities which result from discrimination. The following chart is a summary of the pay disparities.

|  | 2017 | 2018 | 2019 | 2020 | 2021 |  |
|---|---|---|---|---|---|---|
| **Actual Salary** | 149,143 | 170,000 | 180,000 | 187,000 | 190,739 |  |
| **Actual Bonus** | 52,200 | 54,000 | 92,000 | 85,000 | 85,000 |  |
|  |  |  |  |  |  |  |
| **Comparable Salary** | 170,000 | 228,168 | 235,225 | 242,500 | 250,000 |  |
| **Comparable Bonus** | 59,500 | 102,676 | 105,851 | 109,125 | 112,500 |  |
|  |  |  |  |  |  | TOTAL |
| **Deficit - salary** | 20,857 | 58,168 | 55,225 | 55,500 | 59,261 | 249,011 |
| **Deficit - bonus** | 7,300 | 48,676 | 13,851 | 24,125 | 27,500 | 121,452 |

| Total Annual Deficit | 28,157 | 106,844 | 69,076 | 79,625 | 86,761 | **370,463** |
|---|---|---|---|---|---|---|

Plaintiff seeks an equal amount as liquidated damages under the Equal Pay Act 29 U.S.C. §215.

Plaintiff further seeks damages from the discriminatory and retaliatory treatment she endured and continues to endure under the Florida Civil Rights Act, Fla. Stat §760.10, The Civil Rights Act of 1964, Title VII, 42 U.S.C. 2000e, and 42 U.S.C. §1981 in an amount to be determined.

    ***b. A preliminary calculation of such wages;***

See Response to A.

    ***c. The approximate period during which the alleged FLSA violations occurred;***

Plaintiff seeks damages under the EPA, which is part of the FLSA.

    ***d. The nature of the wages (e.g., overtime or straight time).***

See Response to A.

Dated this 29th day of March 2021.

                                       <u>s/Cathleen Scott</u>
                                       Cathleen Scott, Esq.
                                       Florida Bar No. 135331
                                       Primary e-mail: CScott@scottwagnerlaw.com
                                       Secondary e-mail: mail@scottwagnerlaw.com
                                       SCOTT WAGNER & ASSOCIATES, P.A.
                                       Jupiter Gardens
                                       250 South Central Boulevard
                                       Suite 104-A
                                       Jupiter, FL 33458
                                       Telephone:   (561) 653-0008
                                       Facsimile:    (561) 653-0020
                                       Secondary Address:  101 Northpoint Parkway
                                       West Palm Beach, FL 33407
                                       www.ScottWagnerLaw.com