UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80409-CIV-CANNON

JAMIE A. BEALE,

    Plaintiff,

v.

WELLTOWER, INC.,

    Defendant.
_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice ("Joint Motion") [ECF No. 39] and incorporated FLSA/Wage Settlement Agreement and Release (the "Agreement") [ECF No. 39-1], filed on July 1, 2021. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), as amended by the Equal Pay Act [ECF No. 24 ¶¶ 51, 59-71]; *see* 29 U.S.C. § 206(d), and seek the Court's approval of their Settlement Agreement [ECF No. 39].

After carefully considering the Joint Motion, the Settlement Agreement, the record, and applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions. However, in the Court's Order Regarding Joint Stipulation of Dismissal, the Court advised the parties that it would not "approve a settlement agreement that contains a broad confidentiality clause" [ECF No. 36 ¶ 2]. Section 6(a) of the Agreement contains a provision requiring Plaintiff to "forever maintain the terms of this Agreement in confidence and not to disclose them except as necessary to effectuate the terms or to seek Court approval" [ECF No. 39-1 ¶ 6(a)]. But in the Parties' Joint Motion, they expressly

renounce this provision, stating: "the Parties disclaim the confidentiality provision in Section 6(a) in light of the admonition in the Court's Order (Dkt. 36) that it would not 'approve a settlement agreement that contains a broad confidentiality clause'" [ECF No. 39, p. 4, n.1]. The Court acknowledges the Parties' disclaimer of Section 6(a) of the Agreement and approves the Agreement with the understanding that Section 6(a) will have no effect. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion **[ECF No. 39]** is **GRANTED**.

2. The FLSA/Wage Settlement Agreement and Release [ECF No. 39-1] between Plaintiff, Jamie A. Beale, and Defendant, Welltower, Inc., which has been duly filed with the Court, is **APPROVED**.

3. Section 6(a) of the Agreement is without effect pursuant to the Parties' disclaimer of this provision [ECF No. 39, p. 4, n.1].

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Court retains jurisdiction to enforce the terms of the settlement agreement.

6. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of July 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record